IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., a Delaware Corporation, WARNER-TAMERLANE PUBLISHING CORP., a California Corporation, WB MUSIC CORP., a California Corporation, UNICHAPPELL MUSIC INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, COTILLION MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York corporation and HOUSE OF GOLD MUSIC, INC., d/b/a "WARNER HOUSE OF MUSIC," a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE MOON VENTURES, INC., a Washington Corporation, d/b/a "LOUDKARAOKE.COM", and EDWARD YIM, Individually,<br><br>Defendants. | No.   3:10-cv-01160<br><br>Chief Judge Campbell<br><br>Magistrate Judge Knowles<br><br>JURY DEMAND |

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Come now Defendants Blue Moon Ventures, Inc., and Edward Yim ("Defendants"), by and through undersigned counsel, and hereby submit this Defendants' Response in Opposition to Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction. In support of this Response, Defendants rely on the following:

1. The pleadings filed to date;

2. Memorandum in Support of Defendants' Opposition to Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction; and

3. The Declaration of Edward Yim and the exhibits thereto.

Respectfully Submitted,

By: s/ *James E. Zwickel*

James E. Zwickel (BPR No. 003845)
Attorney at Law
P.O. Box 8436
Hermitage, TN 37076
(615) 972-2518 Tel.
(615) 296-5008 EFax
cszwick@comcast.net

By: s/ *O. Yale Lewis, Jr.*
(*pro hac vice* admission pending)

HENDRICKS & LEWIS PLLC

O. Yale Lewis, Jr. (WSBA No. 01367)
Kara C. Herschkowitz (WSBA No. 40569)
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Email:oyl@hllaw.com
Email:kch@hllaw.com
Telephone: (206) 624-1933
Facsimile:(206) 583-2716

Attorneys for Defendants, Blue Moon Ventures, Inc. and Edward Yim

{94897.DOC}

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing Defendant's Response In Opposition to Plaintiffs' Application For Temporary Restraining Order And Preliminary Injunction was faxed to respective Counsel for the Plaintiffs, Timothy R. Warnock and Howell G., O'Rear, c/o Riley Warnock & Jacobsen, 1906 West End Ave., Nashville, TN 37203 TWarnock@rwjplc.com, horear@rwjpldc.com, Fax No. 615-320-3737 and Paul Harrison Stacey, Law Offices of Paul Harrison Stacey, P.C., 7225 N. Spring Gulch Road, P.O. Box 4157, Jackson WY 83001 PStacey151@msn.com Fax No. 307-733-7360 on this the 3rd day of January 2011.

*James E. Zwickel*

James E. Zwickel