IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., et al., ) ) ) Plaintiff, ) ) ) vs. ) ) ) ) ) BLUE MOON VENTURES, INC., et al., ) ) Defendants. ) | CASE NO. 3:10-1160 JUDGE CAMPBELL/KNOWLES JURY DEMAND |

### REPORT AND RECOMMENDATION

This matter is before the Court upon "Plaintiffs' Motion to Strike Affirmative Defenses." Docket No. 40. Plaintiffs seek to strike affirmative defenses Nos. 1-19, 22-29, and 32 of Defendants. Defendants have not filed a Response to the Motion.

Pursuant to Local Rule 7.01(b), "Failure to file a timely response shall indicate that there is no opposition to the motion."

For the foregoing reason, the undersigned recommends that "Plaintiffs' Motion to Strike Affirmative Defenses" (Docket No. 40) be GRANTED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of

service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge