IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., TAMBERLANE PUBLISHING CORP., WB MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC, INC., COTILLION MUSIC INC., WADLEN MUSIC, IN.C, and HOUSE OF GOLD MUSIC, INC., d/b/a "WARNER HOUSE OF MUSIC,", <br><br> Plaintiffs, <br><br> v. <br><br> BLUE MOON VENTURES, INC., d/b/a "LOUDKARAOKE.COM" and EDWARD YIM, Individually, <br><br> Defendants. | NO. 3:10-CV-01160 <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE KNOWLES <br> JURY DEMAND |

## LIMITED NOTICE OF APPEARANCE

The undersigned hereby enters a limited appearance on behalf of Hartford Casualty Insurance Company for the sole purpose of responding to the Rule 34 Request for Production of Documents and the subpoena to which it was attached.

DATED this 28th day of March, 2011.

/s/ Thomas I. Carlton, Jr.
Thomas I. Carlton, Jr. (2759)
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, TN 37219
Telephone (615) 244-1440
Facsimile (615) 254-9477
e-mail: ticarlton@cornelius-collins.com

Attorney for Hartford Casualty
Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that I have this date, March 28, 2011, served a true and correct copy of this Notice upon counsel for the Plaintiffs and Defendants via the Court's Electronic Filing System, and via United States Mail, postage prepaid, properly addressed as follows:

Howell G. O'Rear, Esq.  
Timothy L. Warnock, Esq.  
Riley, Warnock & Jacobson  
1906 West End Avenue  
Nashville, TN 37203  

Attorneys for Plaintiffs

Paul Harrison Stacey, Esq.  
Law Offices of Paul Harrison Stacey, P.C.  
7225 N. Spring Gulch Road  
P.O. Box 4157  
Jackson, WY 83001  

Attorney for Plaintiffs

James Edward Zwickel, Esq.  
728 Bluewater Drive  
Nashville, TN 37217  

Attorney for Defendants

Karen C. Herschkowitz, Esq.  
Oscar Yale Lewis, Jr., Esq.  
Hendricks & Lewis, PLLC  
901 Fifth Avenue, Suite 4100  
Seattle, WA 98164  

Attorneys for Defendants

/s/ Thomas I. Carlton, Jr._____