IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., TAMBERLANE PUBLISHING CORP., WB MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC, INC., COTILLION MUSIC INC., WADLEN MUSIC, IN.C, and HOUSE OF GOLD MUSIC, INC., d/b/a "WARNER HOUSE OF MUSIC,", <br><br>Plaintiffs, <br><br>v. <br><br>BLUE MOON VENTURES, INC., d/b/a "LOUDKARAOKE.COM"and EDWARD YIM, Individually, <br><br>Defendants. | NO. 3:10-CV-01160 <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE KNOWLES <br> JURY DEMAND |

### RESPONSE OF HARTFORD CASUALTY INSURANCE COMPANY
### TO SUBPOENA TO PRODUCE DOCUMENTS

For its response to the Rule 34 document request and the subpoena to which it relates, Hartford Casualty Insurance Company states that to the best of its knowledge, it is providing to each of the attorneys listed below on the certificate of service a disc of certified copies of the documents (Bates stamped Hartford 0001 through Hartford 0900), which are in its possession or control this 28th day of March, 2011.

/s/ Thomas I. Carlton, Jr.
Thomas I. Carlton, Jr.  (2759)
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, TN  37219
Telephone (615) 244-1440
Facsimile (615) 254-9477
e-mail: ticarlton@cornelius-collins.com

Attorney for Hartford Casualty
Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that I have this date, March 28, 2011, served a true and correct copy of this Response upon counsel for the Plaintiffs and Defendants via the Court's Electronic Filing System, and via United States Mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| Howell G. O'Rear, Esq.<br>Timothy L. Warnock, Esq.<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br><br>Attorneys for Plaintiffs | James Edward Zwickel, Esq.<br>728 Bluewater Drive<br>Nashville, TN 37217<br><br>Attorney for Defendants |
| Paul Harrison Stacey, Esq.<br>Law Offices of Paul Harrison Stacey, P.C.<br>7225 N. Spring Gulch Road<br>P.O. Box 4157<br>Jackson, WY 83001<br><br>Attorney for Plaintiffs | Karen C. Herschkowitz, Esq.<br>Oscar Yale Lewis, Jr., Esq.<br>Hendricks & Lewis, PLLC<br>901 Fifth Avenue, Suite 4100<br>Seattle, WA 98164<br><br>Attorneys for Defendants |

/s/ Thomas I. Carlton, Jr.