UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


WARNER/CHAPPELL MUSIC, INC., )
et al., )
                                         )    NO. 3:10-1160
v.                                   )    JUDGE CAMPBELL
                                         )    MAGISTRATE JUDGE KNOWLES
BLUE MOON VENTURES, INC., et al., )


## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 74), to which no objections have been filed. In their Motion to Strike, Plaintiffs' seek to strike Defendants' affirmative defenses Nos. 1-19, 22-20, and 32 (Docket No. 40). The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion to Strike Affirmative Defenses (Docket No. 40) is GRANTED.

IT IS SO ORDERED.

                                                           _____
                                                           TODD J. CAMPBELL
                                                           UNITED STATES DISTRICT JUDGE