WARNER/CHAPPELL MUSIC, INC., a
Delaware Corporation, WARNER-
TAMERLANE PUBLISHING CORP., a
California corporation, WB MUSIC CORP., a
California corporation, UNICHAPPELL MUSIC
INC., a Delaware corporation, RIGHTSONG
MUSIC, INC., a Delaware Corporation,
COTILLION MUSIC INC., a Delaware
Corporation, WALDEN MUSIC, INC., a New
York corporation and HOUSE OF GOLD
MUSIC, INC., d/b/a "WARNER HOUSE OF
MUSIC," a Delaware Corporation.

Case No. 3:10 cv 01160

Judge Campbell

Magistrate Judge Knowles

              Plaintiffs,

     vs.

BLUE MOON VENTURES, Inc., a Washington
corporation, d/b/a "LOUDKARAOKE.COM,"
d/b/a 'KARAOKE-MUSIC-SONGS.COM,"
EDWARD YIM, Individually, EAST COAST
KARAOKE & ENTERTAINMENT CORP., a
New York corporation, LEONARD MORHAIM,
individually, KTS KARAOKE, INC., a California
corporation, d/b/a "KTSKARAOKE.COM" and
TIMMY SUN TON, individually.

              Defendants.

JURY DEMAND

**{PROPOSED}**
**AGREED ORDER FOR**
**PERMANENT INJUNCTION,**
**RECALL AND DISMISSAL WITH**
**PREJUDICE (BLUE MOON**
**DEFENDANTS ONLY)**

     This is an action for copyright infringement.  The Plaintiffs, WARNER/CHAPPELL

MUSIC, INC., *et al.,* ("Plaintiffs") and the Defendants BLUE MOON VENTURES, INC., a

Washington corporation, d/b/a "LOUDKARAOKE.COM", and EDWARD YIM, Individually,

(collectively the "BLUE MOON Defendants"), having reached a settlement of the Plaintiffs'

*ATL 18,097,731v2 5-10-11*

claims (the "Settlement Agreement") which provides, in part, for modifying the Preliminary Injunction entered by the Court on February, 14, 2011 as set forth below, and for dismissing the Plaintiffs' claims against the BLUE MOON Defendants with prejudice, subject only to reinstatement within 30 days in the event of non-payment of amounts payable pursuant to the Settlement Agreement and enforcement of this Order.

It is therefore ORDERED:

1)     The Order of this Court dated February 14, 2011 (Doc. No. 61) providing for a Preliminary Injunction against the BLUE MOON Defendants is hereby modified to the extent set forth below and made permanent.

2)     Defendant BLUE MOON VENTURES, INC., and its officers (in their capacity as such and in their personal capacity), agents, servants, employees, and all persons in active concert and participation with them are permanently enjoined from copying, recording, manufacturing, distributing, selling or offering for sale, or otherwise using in any manner which infringes Plaintiffs' exclusive rights under the Copyright Act, the subject matter of Plaintiffs' copyrights, including those identified on Exhibits 1-8 attached hereto (previously identified as Exhibits "A" through "H" of the   Second Amended Complaint) (collectively the "Subject Discs"), without first obtaining all required licenses.

3)     a)     The Defendant, BLUE MOON VENTURES, INC., shall, within seven days of the entry of this Order, send written notification to any entity with which it has done

2

business relating to the Subject Discs, including (to the extent applicable) any manufacturers, suppliers, distributors, retailers, internet distributors/sellers, warehouse facilities, television stations/channels, internet download services/software providers and any and all other commercial entities (as opposed to consumers who made purchases of any of the Subject Discs) believed to be in possession of any copies of the Subject Discs, of the entry of this Order (including providing each such person or entity with a copy of this Order). No further copying, sales, distribution, advertising, "sampling" or exploitation of any kind or nature whatsoever of such materials shall be permitted absent any required licenses therefor. Further, such notification shall state that the recipient thereof is required to deliver immediately any such Subject Discs in their possession to counsel for PLAINTIFFS for destruction by it as provided for in this Order at the following address:

> Timothy L. Warnock
> Howell G. O'Rear
> Riley, Warnock & Jacobson, PLC
> 1906 West End Avenue
> Nashville, TN 37203

b)    The notification and recall of products mandated herein shall be made by CERTIFIED MAIL, Return Receipt Requested.

4)    Within thirty (30) days of the entry of this Order, BLUE MOON VENTURES, INC. shall provide Plaintiffs' counsel with a listing of all entities to whom BLUE MOON VENTURES, INC. shall have sent the notification and recall of products provided for herein and shall confirm in a sworn Declaration, as applicable, that each such person or entity has been notified pursuant to this Order. The listing shall include an exact copy of the notification and any

3

documents evidencing the manner of notification, including the original Return Receipts utilized in the Certified Mail delivery.

5)     The PLAINTIFFS shall be solely responsible for the destruction of any discs received by them as a result of the implementation of the recall provisions of this Order and shall hold the BLUE MOON Defendants harmless from any expense or liability from their failure to do so, though such destruction may take place after the PLAINTIFFS have made whatever use of such discs as evidence in this case as they see fit.

6)     The Plaintiffs' claims against the BLUE MOON Defendants are hereby dismissed *with prejudice*, subject only to reinstatement within 30 days the event of non-payment by the Defendants of amounts payable pursuant to the Settlement Agreement and enforcement of this Order.

7)     This Order, and the  BLUE MOON Defendants' consent to its entry, shall not be considered or deemed to be an admission of liability of any kind by any of the  BLUE MOON Defendants.

ENTERED:     _Todd Campbell_____
TODD J. CAMPBELL
United States District Court Judge


DATED:     _____

**AGREED AND APPROVED FOR ENTRY:**

s/Paul Harrison Stacey_____
Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.
7225 N. Spring Gulch Road
P.O. Box  4157
Jackson, WY 83001

4

s/Timothy L. Warnock
Timothy L. Warnock (BPR#12844)
Howell G. O'Rear (BPR #26509)
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
***Attorneys for Plaintiffs, Warner/Chappell Music, Inc., et al.***


s/ W. W. Frank Wilbert
W. W. Frank Wilbert (BPR #023090)
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800
***Attorney for Defendants Blue Moon Ventures, Inc.
and Edward Yim, individually***

# EXHIBIT "1"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

*WARNER/CHAPPELL MUSIC, INC., ET AL.*
*V.*
*BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Legends*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | All My Love | WB Music Corp. | 100.00 | PAU 120-324 PA 78-104 |
| 2. | Already Gone | WB Music Corp. | 100.00 | EP 362208 EP 331567 EU 385367 RE 856 670 |
| 3. | Beautiful Stranger | WB Music Corp. | 50.00 | PA 965 835 |
| 4. | Begin The Beguine | WB Music Corp. | 100.00 | EU 109769 EP 550931 R 300905 R 303090 PA 344877 |
| 5. | Best of My Love, The | Warner-Tamerlane Publishing Corp. | 33.34 | EU 475746 |
| 6. | Black Dog | WB Music Corp. | 100.00 | EP 299753 EU 301138 |
| 7. | Boys of Summer, The | Warner-Tamerlane Publishing Corp. | 50.00 | PA 231 596 |
| 8. | Can't Get Enough Of Your Love | Unichappell Music Inc. | 100.00 | EP 327846 EU 505518 |
| 9. | Celebration | Warner-Tamerlane Publishing Corp. | 93.75 | PA 411606 |
| 10. | Cherish | WB Music Corp. | 50.00 | PA 429535 |
| 11. | Cold Sweat | Unichappell Music Inc. | 100.00 | EU 3467 EU 3468 EP 326705 |
| 12. | Communication Breakdown | WB Music Corp. | 100.00 | EU 96054 EP 256801 |
| 13. | Crazy Love | WB Music Corp. | 100.00 | EP 289864 EU 166964 |
| 14. | Cry Me A River | Chappell & Co., Inc. | 100.00 | PA 1149534 |
| 15. | D'yer Mak'er | WB Music Corp. | 100.00 | EU 402445 EP 316460 |
| 16. | Dance To The Music | Warner-Tamerlane Publishing | 100.00 | EP 246661 |

6

| | | | | Corp. |
|---|---|---|---|---|
| | | | | EU 45049 |
| 17. | Dancing Days | WB Music Corp. | 100.00 | EU 402442<br>RE 841 759<br>EP 316458 |
| 18. | Dazed and Confused | WB Music Corp. | 100.00 | EP 256809<br>EU 96052 |
| 19. | Dirty Laundry | Warner-Tamerlane Publishing Corp. - 50.00<br>WB Music Corp. – 50.00 | 100.00 | PA 158 844 |
| 20. | Don't Tell Me | WB Music Corp. | 66.66 | PA 1024577<br>PA 466521 |
| 21. | Embraceable You | WB Music Corp. | 100.00 | R 201274 |
| 22. | Erotica | WB Music Corp. | 50.00 | PA 598 556<br>PA 590 222 |
| 23. | Everyday People | Warner-Tamerlane Publishing Corp. | 100.00 | EU 99873 |
| 24. | Express Yourself | WB Music Corp. | 50.00 | PA 429 537 |
| 25. | Family Affair | WB Music Corp. | 22.00 | PA 1075337<br>EU 283959<br>PA 1 075 337 |
| 26. | Fool In The Rain | WB Music Corp. | 100.00 | PAU 120-322<br>PA 78-101 |
| 27. | Frozen | WB Music Corp. | 50.00 | PA 893370 |
| 28. | Get Over It | Warner-Tamerlane Publishing Corp. | 50.00 | PAU 1 960 754<br>PAU 1 858 085 |
| 29. | Get Up Offa That Thing | Unichappell Music Inc. | 100.00 | PA 85 115 |
| 30. | Good Times Bad Times | WB Music Corp. | 100.00 | EP 256802<br>EP 339001<br>EU 96053 |
| 31. | Heart of the Matter, The | Warner-Tamerlane Publishing Corp. | 42.50 | PA 467 015 |
| 32. | Holiday | WB Music Corp. | 100.00 | PA 1251317 |
| 33. | Houses of The Holy | WB Music Corp. | 100.00 | EU 557533 |
| 34. | How Can You Mend a Broken Heart | Warner-Tamerlane Publishing Corp. | 50.00 | EP 289155<br>EU 268203 |
| 35. | How Deep is Your Love | Warner-Tamerlane Publishing Corp. | 33.34 | EU 761686<br>PA 29668 |
| 36. | I Can't Tell You Why | Warner-Tamerlane Publishing Corp. | 33.33 | PA 46-174 |
| 37. | I Started a Joke | Warner-Tamerlane Publishing Corp. | 33.34 | EU 66892<br>EP 254910<br>EP 351143 |
| 38. | I'll Remember | WB Music Corp. | 33.34 | PA 706352 |
| 39. | Immigrant Song | WB Music Corp. | 100.00 | EU 212957 |
| 40. | Islands in the Stream | Warner-Tamerlane Publishing Corp. | 33.34 | PAU 486 704<br>PA 188026 |
| 41. | It's A Man's, Man's, Man's World | Unichappell Music Inc. 83.34<br>Warner-Tamerlane Publishing Corp. – 16.66 | 100.00 | EU 934266 |
| 42. | Jive Talkin' | Warner-Tamerlane Publishing | 33.34 | EU 588503 |

7

| | | | | PA 47-904 |
|---|---|---|---|---|
| 43. | Justify My Love | WB Music Corp. | 10.00 | PA 497 623<br>PA 498 498 |
| 44. | Kashmir | WB Music Corp. | 100.00 | EU 557529 |
| 45. | Kiss On My List | Unichappell Music Inc. | 50.00 | PA 77327 |
| 46. | La Isla Bonita | WB Music Corp. | 60.00 | PA 299 056 |
| 47. | Life In The Fast Lane | Warner-Tamerlane Publishing Corp. | 33.34 | EU 739066<br>EP 369278 |
| 48. | Live To Tell | WB Music Corp. | 50.00 | PA 289648 |
| 49. | Long Run, The | Warner-Tamerlane Publishing Corp. | 50.00 | PA 46-173 |
| 50. | Maneater | Unichappell Music Inc. | 60.00 | PA 155536 |
| 51. | Melissa | Unichappell Music Inc. | 37.50 | EP 329620<br>EU 327537 |
| 52. | Midnight Rider | Unichappell Music Inc. | 32.50 | EP 329147<br>EU 215520<br>U 104264 |
| 53. | More Than a Woman | Warner-Tamerlane Publishing Corp. | 33.34 | EU 761685<br>EP 377416 |
| 54. | Naughty Girl | Warner-Tamerlane Publishing Corp. – 8.34<br>Rightsong Music, Inc. – 8.33 | 16.67 | PA 1 375 850 |
| 55. | Never, Never Gonna  Give You Up | Unichappell Music Inc. | 100.00 | EP 318119<br>RE 840 969 |
| 56. | Nights on Broadway | Warner-Tamerlane Publishing Corp. | 33.34 | EU 588502<br>EP 351140 |
| 57. | No More Drama | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 146 371 |
| 58. | Open Your Heart | WB Music Corp. – 37.50<br>Warner-Tamerlane Publishing Corp. – 33.33 | 70.83 | PA 299052 |
| 59. | Papa's Got A Brand New Bag | Unichappell Music Inc. | 100.00 | RE 660458<br>EP 204266<br>RE 621005<br>RE 621035<br>EP 207820 |
| 60. | Picture | Warner-Tamerlane Publishing Corp. | 95.00 | PA 1 114 108<br>PAU 2 607 515 |
| 61. | Please Please Please | Unichappell Music Inc. | 100.00 | EP 98154<br>RE 198920 |
| 62. | Power of Goodbye, The | WB Music Corp. | 50.00 | PA 893371 |
| 63. | Practice What You Preach | Warner-Tamerlane Publishing Corp. | 62.50 | PA 696 949 |
| 64. | Private Eyes | Unichappell Music Inc. | 20.00 | PA 118 778 |
| 65. | Ramble On | WB Music Corp. | 100.00 | EP 267883<br>EU 144292 |
| 66. | Ray of Light | WB Music Corp. | 30.00 | PA 893368<br>PA 920812 |
| 67. | Rich Girl | Unichappell Music Inc. | 100.00 | EU 706159<br>EP 363811 |

8

| | | | | |
|---|---|---|---|---|
| 68. | Rock and Roll | WB Music Corp. | 100.00 | EU 301135<br>RE 820 341<br>EP 298501<br>RE 820 247 |
| 69. | Say It Loud (I'm Black and I'm Proud) | Unichappell Music Inc. | 100.00 | C 21024 |
| 70. | She's Gone | Unichappell Music Inc. | 100.00 | EP 322307<br>EU 436141 |
| 71. | Stairway to Heaven | WB Music Corp. | 100.00 | EU 301137<br>RE 819 939 |
| 72. | Stand | Warner-Tamerlane Publishing Corp. | 100.00 | EP 341708 |
| 73. | Stayin Alive | Warner-Tamerlane Publishing Corp. | 33.34 | EU 761684<br>PA 178 |
| 74. | Take A Bow | WB Music Corp. | 50.00 | PA 818 494 |
| 75. | Thank You (Falletin Me Be Mice Elf Again) | Warner-Tamerlane Publishing Corp. | 100.00 | EU 155836 |
| 76. | This Used to be My Playground | WB Music Corp. | 50.00 | PA 590 259<br>PA 579605<br>PA 595033 |
| 77. | To Love Somebody | Warner-Tamerlane Publishing Corp. | 50.00 | EU 5936<br>EP 351143 |
| 78. | Too Much Heaven | Unichappell Music Inc. | 100.00 | PA 50960 |
| 79. | Tragedy | Warner-Tamerlane Publishing Corp. | 33.34 | PA 42318<br>PA 23833 |
| 80. | True Blue | WB Music Corp. | 50.00 | PA 299 055 |
| 81. | True Love | Chappell & Co., Inc. | 100.00 | EP 100044 |
| 82. | We Are Family | Warner-Tamerlane Publishing Corp. | 42.50 | PA 1062014 |
| 83. | Who's That Girl | WB Music Corp. | 50.00 | PA 339060<br>PA 34267 |
| 84. | Whole Lotta of Love | WB Music Corp. | 100.00 | RE 827 856<br>RE 874 524 |
| 85. | Who's That Girl | WB Music Corp. | 50.00 | PA 339060<br>PA 342674 |
| 86. | You Can Make It If You Try | Warner-Tamerlane Publishing Corp. | 100.00 | EU 88195<br>RE 720 795 |
| 87. | You Should Be Dancing | Warner-Tamerlane Publishing Corp. | 33.34 | EU 701122<br>PA 37-114 |
| 88. | You'll See | WB Music Corp. | 50.00 | PA 816782<br>PA 774356 |
| 89. | You're the First The Last My Everything | Chappell & Co., Inc. – 40.00<br>Unichappell Music Inc. - 60.00 | 100.00 | EU 519194<br>EP 330998 |
| 90. | Zing! Went the Strings of My Heart | WB Music Corp. | 100.00 | EP 133334<br>EP 134120 |

9

# EXHIBIT "2"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

*WARNER/CHAPPELL MUSIC, INC., ET AL.*
*V.*
*BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*All Hits Karaoke Maxx Pack*" brand and appearing on loudkaraoke.com)

|  | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1 | Alone Again | WB Music Corp. | 100.00 | PA 250445 |
| 2. | Angel | WB Music Corp. | 50.00 | PA 245848<br>PA 232020<br>PA 265592<br>PA 277863 |
| 3. | Celebration | Warner-Tamerlane Publishing Corp. | 93.75 | PA 411606 |
| 4. | Daddy's Money | WB Music Corp. | 16.67 | Pau 2144031 |
| 5. | Goodbye To You | WB Music Corp. | 100.00 | PA 1 055 447 |
| 6. | Harden My Heart | WB Music Corp. | 100.00 | PA 77629 |
| 7. | It Matters To Me | WB Music Corp. | 25.00 | Pau 1966659 |
| 8. | People | Chappell & Co., Inc. | 100.00 | EP 183238<br>RE 535617 |
| 9. | Sara Smile | Unichappell Music Inc. | 100.00 | EU 603889<br>EP 346103 |
| 10. | That's What Friends Are For | WB Music Corp. – 50.00<br>Warner-Tamerlane Publishing Corp. – 50.00 | 100.00 | PA 279452 |
| 11. | Wind Beneath My Wings, The | WB Music Corp. – 50.00<br>Warner-Tamerlane Publishing Corp. – 50.00 | 100.00 | Pau 1 506091<br>PA 154386 |

10

# EXHIBIT "3"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

### *WARNER/CHAPPELL MUSIC, INC., ET AL.*
### *V.*
### *BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Monster Hits*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | Amazed | Warner-Tamerlane Publishing Corp. | 33.34 | PA 985472 |
| 2. | Angels In Waiting | WB Music Corp. | 33.34 | PA 1060864 |
| 3. | Blurry | WB Music Corp. | 75.00 | PA 1200982 PA 1075311 PA 1311759 |
| 4. | Carrying Your Love With Me | Warner-Tamerlane Publishing Corp. | 100.00 | PA 849 801 |
| 5. | Complicated | Warner-Tamerlane Publishing Corp. WB Music Corp. | 75.00 | PA 1 094 639 |
| 6. | Crazy Love | WB Music Corp. | 100.00 | EP 289864 EU 166964 |
| 7. | Cry Me A River | Chappell & Co., Inc. | 100.00 | PA 1149534 |
| 8. | Don't Tell Me | WB Music Corp. | 66.66 | PA 1024577 |
| 9. | Drowning | Warner-Tamerlane Publishing Corp. | 33.33 | PA 1065910 PA 324829 |
| 10. | Escape (The Pina Colada Song) | WB Music Corp. | 100.00 | PA 50962 |
| 11. | Everything You Want | WB Music Corp. | 100.00 | PA 982 398 |
| 12. | Everywhere | WB Music Corp. | 70.125 | PA 1055448 |
| 13. | Family Affair | WB Music Corp. | 22.00 | PA 1075337 EU 283959 PA 1 075 337 |
| 14. | For My Broken Heart | WB Music Corp. | 100.00 | PA 536 696 |
| 15. | For You | WB Music Corp. | 100.00 | PA 1 060 038 |
| 16. | Goodbye To You | WB Music Corp. | 100.00 | PA 1 055 447 |
| 17. | Have You Forgotten | Warner-Tamerlane Publishing Corp. | 50.00 | PA 1113981 |
| 18. | Heard It All Before | Warner-Tamerlane Publishing Corp. | 90.00 | PA 1 098 473 |
| 19. | Heartland | Warner-Tamerlane Publishing Corp. | 37.50 | PA 643056 PA 607758 |

11

| | | WB Music Corp. | | |
|---|---|---|---|---|
| 20. | How You Remind Me | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1103818 |
| 21. | I Love You | Chappell & Co., Inc. | 100.00 | RE 47035 EP 60240 |
| 22. | I'll Still Be Loving You | Warner-Tamerlane Publishing Corp. | 50.00 | PA 318811 PA 323 370 |
| 23. | Independent Woman Part II | WB Music Corp. | 32.00 | PA 1071604 PA 1104061 |
| 24. | It's Been A While | WB Music Corp. | 100.00 | PA 1 060 039 |
| 25. | No More Drama | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 146 371 |
| 26. | Now That I Found You | WB Music Corp. | 33.34 | PA 905-904 |
| 27. | Pour Me | Warner-Tamerlane Publishing Corp. WB Music Corp. | 68.75 | PA 1060223 |
| 28. | Ray Of Light | WB Music | 30.00 | PA 893368 PA 920812 |
| 29. | She Couldn't Change Me | WB Music Corp. | 50.00 | PA 1095336 |
| 30. | Sk8er Boi | Warner-Tamerlane Publishing Corp. WB Music Corp. | 75.00 | PA 1 094 639 |
| 31. | Somebody Like You | WB Music Corp. | 50.00 | PA 1146316 |
| 32. | Something Like That | Warner-Tamerlane Publishing Corp. | 31.25 | PA 951673 |
| 33. | That's All | Warner-Tamerlane Publishing Corp. | 100.00 | EP 74885 |
| 34. | This Kiss | Warner-Tamerlane Publishing Corp. | 8.33 | PA 901852 |
| 35. | To Where You Are | Warner-Tamerlane Publishing Corp. | 50.00 | PA 1115855 PA 1103868 |
| 36. | Too Bad | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 103 820 |
| 37. | Try Again | WB Music Corp. | 50.00 | PA 1015022 |
| 38. | Unbreakable Heart | WB Music Corp. | 100.00 | PAu 1673213 PA 668749 |
| 39. | Unbroken | WB Music Corp. | 50.00 | PA 1046452 |
| 40. | When You Lie Next To Me | WB Music Corp. | 100.00 | PA 1088012 |
| 41. | Where I Come From | WB Music Corp. | 100.00 | PA 1013750 |
| 42. | Where My Girls At | WB Music Corp. | 50.00 | PA 988 277 |
| 43. | Why They Call It Falling | WB Music Corp. | 50.00 | PA 1032265 |
| 44. | Wrapped Up In You | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1041737 |
| 45. | Yes | Warner-Tamerlane Publishing Corp. | 8.34 | PAu 2480381 PA 1068217 |
| 46. | You Rock My World | Warner-Tamerlane Publishing Corp. | 20.00 | PA 1 075 067 |

# EXHIBIT "4"
## to
# AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

### *WARNER/CHAPPELL MUSIC, INC., ET AL.*
### *V.*
### *BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Music Maestro*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | Blueberry Hill | Chappell & Co., Inc. | 33.33 | EP 86125<br>R 411734 |
| 2. | Embraceable You | WB Music Corp. | 100.00 | R 201274 |
| 3. | I Only Have Eyes For You | WB Music Corp. | 100.00 | EP 42238<br>R 276816 |
| 4. | Minority | WB Music Corp. | 100.00 | PA 1 022 884 |
| 5. | Tell Me Why | Warner-Tamerlane Publishing Corp. | 50.00 | PA 1 192 995 |
| 6. | Wooden Heart | Chappell & Co., Inc. | 25.00 | RE 423 047<br>RE 372 826<br>RE 367 463<br>RE 367 464<br>RE 367 465<br>RE 368 969<br>RE 368 970<br>RE 368 971 |
| 7. | You Don't Know Me | Warner-Tamerlane Publishing Corp. | 100.00 | EP 166463<br>RE 476 488<br>EP 92357<br>RE 154 464 |
| 8. | You're Getting to Be a Habit With Me | WB Music Corp. | 100.00 | PA 204 220<br>PA 113 215<br>R 247864 |

# EXHIBIT "5"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

*WARNER/CHAPPELL MUSIC, INC., ET AL.*
*V.*
*BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Nutech*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | At The End of the Day | WB Music Corp. | 50.00 | PA 1 088 011 |
| 2. | Be Careful (Cuidado Con Mi Corazon) | WB Music Corp. | 50.00 | PA 962150 |
| 3. | Beautiful Stranger | WB Music Corp. | 50.00 | PA 965 835 |
| 4. | Best I Ever Had | WB Music Corp. | 100.00 | PA 982 398 |
| 5. | Best of My Love, The | Warner-Tamerlane Publishing Corp. | 33.34 | EU 475746 |
| 6. | Black or White | Warner-Tamerlane Publishing Corp. | 100.00 | PA 552 639 PAU 1 599 749 PAU 1 569 993 |
| 7. | Blurry | WB Music Corp. | 75.00 | PA 1 311 759 PA 1 075 311 PA 1 200 982 |
| 8. | Causing a Commotion | WB Music Corp. | 50.00 | PA 350 427 |
| 9. | Celebration | Warner-Tamerlane Publishing Corp. | 93.75 | PA 411606 |
| 10. | Childhood | Warner-Tamerlane Publishing Corp. | 100.00 | PA 705 354 PA 816 764 |
| 11. | Complicated | Warner-Tamerlane Publishing Corp. – 50.00 WB Music Corp. – 25.00 | 75.00 | PA 1 094 639 |
| 12. | Dance to the Music | Warner-Tamerlane Publishing Corp. | 100.00 | EP 246661 EU 45049 |
| 13. | Desperado | Warner-Tamerlane Publishing Corp. | 50.00 | EU 399849 |
| 14. | Don't Tell Me | WB Music Corp. | 66.66 | PA 1 024 577 |
| 15. | Don't Stop 'till you Get Enough | Warner-Tamerlane Publishing Corp. | 100.00 | PA 264 917 |
| 16. | Every Morning | Warner-Tamerlane Publishing Corp. | 67.50 | PA 937774 |
| 17. | Everything You Want | WB Music Corp. | 100.00 | PA 982 398 |
| 18. | Everywhere | WB Music Corp. | 70.125 | PA 1 055 448 |

14

| | | | | |
|---|---|---|---|---|
| 19. | Falling For the First Time | WB Music Corp. | 100.00 | PA 1 082 091 |
| 20. | Falls Apart (Run Away) | Warner-Tamerlane Publishing Corp. | 90.00 | PA 937773 |
| 21. | Fly | WB Music Corp. | 50.00 | PA 1 262 033 |
| 22. | Frozen | WB Music Corp. | 50.00 | PA 893370 |
| 23. | Girl Is Mine, The | Warner-Tamerlane Publishing Corp. | 100.00 | PA 161 198 PAU 421 401 |
| 24. | Goodbye To You | WB Music Corp. | 100.00 | PA 1 055 447 |
| 25. | Great Beyond, The | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 271 345 |
| 26. | Hanky Panky | WB Music Corp. | 50.00 | PA 484 155 |
| 27. | Hard to Say I'm Sorry | Warner-Tamerlane Publishing Corp. | 50.00 | PA 142242 |
| 28. | Heal the World | Warner-Tamerlane Publishing Corp. | 100.00 | PA 599 069 |
| 29. | Heartache Tonight | Warner-Tamerlane Publishing Corp. | 25.00 | PA 45-622 |
| 30. | Holiday | WB Music Corp. | 100.00 | PA 1 251 317 |
| 31. | Hot Fun In the Summertime | Warner-Tamerlane Publishing Corp. | 100.00 | RE 750 436 RE 761 423 EU 146667 |
| 32. | Hotel California | Warner-Tamerlane Publishing Corp. | 33.34 | EU 739071 |
| 33. | I'll Remember | WB Music Corp. | 33.34 | PA 706352 |
| 34. | I'm Gonna Love You Just a Little More Baby | Unichappell Music Inc. | 100.00 | EU 387551 EP 311362 RE 841799 RE 840933 |
| 35. | Keep It Together | WB Music Corp. | 50.00 | PA 429 538 |
| 36. | Kiss On My List | Unichappell Music Inc. | 50.00 | PA 77327 |
| 37. | La Isla Bonita | WB Music Corp. | 60.00 | PA 299 056 |
| 38. | Lucky Star | WB Music Corp. | 100.00 | PA 183 020 PAU 509 382 |
| 39. | Lyin' Eyes | Warner-Tamerlane Publishing Corp. | 50.00 | EU 582635 |
| 40. | Nothing Really Matters | WB Music Corp. | 50.00 | PA 893370 |
| 41. | One of These Nights | Warner-Tamerlane Publishing Corp. | 50.00 | EU 582636 |
| 42. | Power of Goodbye, The | WB Music Corp. | 50.00 | PA 893371 |
| 43. | Ray of Light | WB Music Corp. | 30.00 | PA 893368 PA 920812 |
| 44. | Rescue Me | WB Music Corp. | 50.00 | PA 498 497 |
| 45. | Secret | WB Music Corp. | 50.00 | PA 738 888 |
| 46. | Someday | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 245 805 |
| 47. | Sooner or Later | WB Music Corp. | 92.50 | PA 485-341 |
| 48. | This Used to be My Playground | WB Music Corp. | 50.00 | PA 590259 PA 579605 PA 595033 |

| | | | | |
|---|---|---|---|---|
| 49. | True Blue | WB Music Corp. | 50.00 | PA 299 055 |
| 50. | Vogue | WB Music Corp. | 100.00 | PA 471140<br>PA 471093<br>Pau 1331702<br>Pau 1384739 |
| 51. | Witchy Woman | Warner-Tamerlane Publishing Corp. | 50.00 | EU 310026<br>EP 303844 |
| 52. | You're The First The Last My Everything | Chappell & Co., Inc. – 40.00<br>Unichappell Music Inc. - 60.00 | 100.00 | EU 519194<br>EP 330998 |

# EXHIBIT "6"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

*WARNER/CHAPPELL MUSIC, INC., ET AL.*
*V.*
*BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Panorama*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | Are You Happy Now? | Warner-Tamerlane Publishing Corp. – 50.00 WB Music Corp. – 50.00 | 100.00 | PA 1 191 315 |
| 2. | Baggage | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 320 676 |
| 3. | Bang and Blame | Warner-Tamerlane Publishing Corp. | 100.00 | PA 731 842 |
| 4. | Be Careful (Cuidado Con Mi Corazon) | WB Music Corp. | 50.00 | PA 962150 |
| 5. | Beautiful Stranger | WB Music Corp. | 50.00 | PA 965 835 |
| 6. | Best of My Love, The | Warner-Tamerlane Publishing Corp. | 33.34 | EU 475746 |
| 7. | Breathe | Warner-Tamerlane Publishing Corp. – 50.00 WB Music Corp. – 50.00 | 100.00 | PA 1 191 315 |
| 8. | Cry Me A River | Chappell & Co., Inc. | 100.00 | PA 1 149 534 |
| 9. | Everything | Warner-Tamerlane Publishing Corp. | 60.00 | PA 438062 PA 1 600 375 |
| 10. | Holiday | WB Music Corp. | 100.00 | PA 1 251 317 |
| 11. | Home | WB Music Corp. | 33.33 | PA 458327 PA 1 290 871 |
| 12. | How Deep Is Your Love | Warner-Tamerlane Publishing Corp. | 33.34 | EU 761686 PA 29668 |
| 13. | How You Remind Me | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 103 818 |
| 14. | If Everyone Cared | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 298 633 |
| 15. | I'll Remember | WB Music Corp. | 33.34 | PA 706352 |
| 16. | I'm Still Here | WB Music Corp. | 100.00 | PA 1 193 657 |
| 17. | I'm With You | Warner-Tamerlane Publishing Corp. – 50.00 WB Music Corp. – 25.00 | 75.00 | PA 1 094 639 |
| 18. | In A Little While | Warner-Tamerlane Publishing | 50.00 | PA 1 115 858 |

17

| | | Corp. | | |
|---|---|---|---|---|
| 19. | Islands in the Stream | Warner-Tamerlane Publishing Corp. | 33.34 | PAU 486 704 PA 188026 |
| 20. | It's Been A While | WB Music Corp. | 100.00 | PA 1 060 039 |
| 21. | I've Got To Get A Message To You | Warner-Tamerlane Publishing Corp. | 33.34 | EP 248721 EU 66888 EP 351143 |
| 22. | Jive Talkin' | Warner-Tamerlane Publishing Corp. | 33.34 | EU 588503 PA 47-904 |
| 23. | La Isla Bonita | WB Music Corp. | 60.00 | PA 299 056 |
| 24. | Ladies Night | Warner-Tamerlane Publishing Corp. – 95.00 WB Music Corp. – 5.00 | 100.00 | PA 49995 |
| 25. | Losing My Religion | Warner-Tamerlane Publishing Corp. | 100.00 | PA 541 342 |
| 26. | Lucky Star | WB Music Corp. | 100.00 | PA 183 020 PAU 509 382 |
| 27. | Lyin' Eyes | Warner-Tamerlane Publishing Corp. | 50.00 | EU 582635 |
| 28. | Maneater | Unichappell Music Inc. | 60.00 | PA 155536 |
| 29. | Massachusetts | Warner-Tamerlane Publishing Corp. | 33.34 | EP 351143 |
| 30. | Melissa | Unichappell Music Inc. | 37.50 | EP 329620 EU 327537 |
| 31. | Memphis Soul Song | Warner-Tamerlane Publishing Corp. | 50.00 | PA 1 115 860 |
| 32. | Minority | WB Music Corp. | 100.00 | PA 1 022 884 |
| 33. | Naughty Girl | Warner-Tamerlane Publishing Corp. – 8.34 Rightsong Music, Inc. – 8.33 | 16.67 | PA 1 375 850 |
| 34. | No More Drama | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 146 371 |
| 35. | Nothing Really Matters | WB Music Corp. | 50.00 | PA 893370 |
| 36. | One Of These Nights | Warner-Tamerlane Publishing Corp. | 50.00 | EU 582636 |
| 37. | Only God Knows Why | Warner-Tamerlane Publishing Corp. | 92.50 | PA 1 009 077 |
| 38. | Picture | Warner-Tamerlane Publishing Corp. | 95.00 | PA 1 114 108 Pau 2 607 515 |
| 39. | Pinch Me | WB Music Corp. | 100.00 | PA 1 082 091 |
| 40. | Power of Goodbye, The | WB Music Corp. | 50.00 | PA 893371 |
| 41. | Ramblin' Man | Unichappell Music Inc. | 100.00 | EU 433219 RE 842 493 RE 842 746 |
| 42. | Ray Of Light | WB Music Corp. | 30.00 | PA 893368 PA 920812 |
| 43. | Remember The Time | Warner-Tamerlane Publishing Corp. – 33.34 WB Music Corp. – 33.33 | 66.67 | PA 599 071 PA 563 569 PA 560 259 |
| 44. | Rescue Me | WB Music Corp. | 50.00 | PA 498 497 |
| 45. | Rock Star | Warner-Tamerlane Publishing | 100.00 | PA 1 298 633 |

| | | Corp. | | |
|---|---|---|---|---|
| 46. | Sara Smile | Unichappell Music Inc. | 100.00 | EU 603889<br>EP 346103 |
| 47. | Say It Loud I'm Black and I'm Proud | Unichappell Music Inc. | 100.00 | C 21024 |
| 48. | Secret | WB Music Corp. | 50.00 | PA 738 888 |
| 49. | She Hates Me | WB Music Corp. | 50.00 | PA 1075312 |
| 50. | Sk8er Boi | Warner-Tamerlane<br>Publishing Corp. – 50.00<br>WB Music Corp. – 25.00 | 75.00 | PA 1 094 639 |
| 51. | Someday | Warner-Tamerlane Publishing<br>Corp. | 100.00 | PA 1 245 805 |
| 52. | Sometimes Love Just Ain't Enough | WB Music Corp. | 37.50 | PA 605-713 |
| 53. | Stayin Alive | Warner-Tamerlane Publishing<br>Corp. | 33.34 | EU 761684<br>PA 178 |
| 54. | Strength of a Woman | WB Music Corp. | 100.00 | PA 1 149 551 |
| 55. | Then The Morning Comes | Warner-Tamerlane Publishing<br>Corp. | 75.00 | PA 960 264 |
| 56. | Things I'll Never Say | Warner-Tamerlane<br>Publishing Corp. – 50.00<br>WB Music Corp. – 25.00 | 75.00 | PA 1 094 639 |
| 57. | This Used To Be My Playground | WB Music Corp. | 50.00 | PA 590 259<br>PA 579605<br>PA 595033 |
| 58. | Tom's Diner | WB Music Corp. | 100.00 | PA 330888<br>PA 308889 |
| 59. | Too Bad | Warner-Tamerlane Publishing<br>Corp. | 100.00 | PA 1 103 820 |
| 60. | Too Little Too Late | WB Music Corp. | 100.00 | PA 1 022 816 |
| 61. | True Blue | WB Music Corp. | 50.00 | PA 299 055 |
| 62. | Unusually Unusual | WB Music Corp. | 100.00 | PA 1 053 864 |
| 63. | Vogue | WB Music Corp. | 100.00 | PA 471140<br>PA 471093<br>Pau 1 331702<br>Pau 1 384739 |
| 64. | When It's Over | Warner-Tamerlane Publishing<br>Corp. | 90.00 | PA 1 066 558 |
| 65. | Will You Be There | Warner-Tamerlane Publishing<br>Corp. | 100.00 | PA 599 066 |
| 66. | Witchy Woman | Warner-Tamerlane Publishing<br>Corp. | 50.00 | EU 310026<br>EP 303844 |
| 67. | World I Know, The | WB Music Corp. | 25.00 | PA 751 843 |
| 68. | You | Warner-Tamerlane Publishing<br>Corp. | 5.00 | PA 1 387 424 |
| 69. | You Should Be Dancing | Warner-Tamerlane Publishing<br>Corp. | 33.34 | EU 701122<br>PA 37-114 |
| 70. | You're A God | WB Music Corp. | 100.00 | PA 982 398 |
| 71. | You're The Inspiration | Warner-Tamerlane Publishing<br>Corp. | 45.00 | PA 213 889<br>Pau 638 574<br>Pau 598 698 |

# EXHIBIT "7"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

### *WARNER/CHAPPELL MUSIC, INC., ET AL.*
### *V.*
### *BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed "*Pop Hits Monthly*" brand
and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| | Jackson, Mississippi | Warner-Tamerlane Publishing Corp. | 97.50 | PA 1 214 144 PA 1 311 747 |

# EXHIBIT "8"
## to
## AGREED ORDER FOR PERMANENT INJUNCTION AND RECALL

*WARNER/CHAPPELL MUSIC, INC., ET AL.*
*V.*
*BLUE MOON VENTURES, INC., ET AL.*

(Plaintiffs' copyrights bearing the unlicensed *Top Hits Monthly* brand and appearing on loudkaraoke.com)

| | Title | Publisher | Percentage of Control | Registration Number(s) |
|---|---|---|---|---|
| 1. | Baggage | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 320 676 |
| 2. | Beautiful Stranger | WB Music Corp. | 50.00 | PA 965 835 |
| 3. | Complicated | Warner-Tamerlane Publishing Corp. – 50.00 WB Music Corp. – 25.00 | 75.00 | PA 1 094 639 |
| 4. | Don't Waste My Time | WB Music Corp. – 16.67 Warner-Tamerlane Publishing Corp. – 16.65 | 33.32 | PA 1 088 124 |
| 5. | Everything You Want | WB Music Corp. | 100.00 | PA 982 398 |
| 6. | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 25.00 | PA 1 349 210 |
| 7. | Rock Star | Warner-Tamerlane Publishing Corp. | 100.00 | PA 1 298 633 |
| 8. | Taking You Home | Warner-Tamerlane Publishing Corp. – 60.00 WB Music Corp. – 40.00 | 100.00 | Pau 2 435 320 |

Case 3:10-cv-01160   Document 97   Filed 05/24/11   Page 21 of 21 PageID #: 3124