# EXHIBIT "A"

# TO

# DECLARATION OF
# ANNA INTRIAGO

(True and correct copy of invoice issued bearing the name "East Coast Karaoke" for products purchased on June 14, 2011)

Warner/Chappell Music, Inc., et al.
v.
Blue Moon Ventures, Inc., et al.

Case No. 3:10 cv 01160

Judge Sharp

Magistrate Judge Knowles

# east coast karaoke
940 grand blvd
deer park, ny 11729
Ph: 631 243 3292

## INVOICE

| Ship To: | | Bill To: | CREDIT CARD | | | | |
|---|---|---|---|---|---|---|---|
| , - | | | , - | | | | |
| | | | Ph:( ) - | | | | |
| ATTN: . CREDIT CARD | | ATTN: . CREDIT CARD | | | | | |
| INVOICE NO.: 240750 LEN Cust #107102 | | | 05:57 pm 06/14/11 | | | | Page # 1 |

| SKU | DESCRIPTION | QTY | Price | %Disc | Net Price | Total Amount |
|---|---|---|---|---|---|---|
| | FTX ASST | 4.00 | 12.95 | | 12.95 | 51.80 |
| | NU-TECH 1 | 1.00 | 90.00 | | 90.00 | 90.00 |
| | RSZ 629 | 1.00 | 19.95 | | 19.95 | 19.95 |
| | IM SET | 1.00 | 60.00 | | 60.00 | 60.00 |

| Discover | $240.88 | Subtotal: | $221.75 |
|---|---|---|---|
| | | Tax: | $19.13 |
| | | Amount Charged: | $0.00 |
| | | TOTAL: | $240.88 |



INV80.FRX/11.5