IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., a Delaware Corporation, WARNER-TAMERLANE PUBLISHING CORP., a California Corporation, WB MUSIC CORP., a California Corporation, UNICHAPPELL MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, COTILLION MUSIC, Inc., a Delaware Corporation, WALDEN MUSIC, INC., a New York corporation and HOUSE OF GOLD MUSIC, INC., d/b/a "WARNER HOUSE OF MUSIC," a Delaware Corporation,<br><br>Plaintiffs,<br>v.<br><br>BLUE MOON VENTURES, INC., a Washington Corporation, d/b/a "LOUDKARAOKE.COM", D/B/A "KARAOKE-MUSIC-SONGS.COM," EDWARD YIM, Individually, EAST COAST KARAOKE & ENTERTAINMENT CORP., a New York corporation, LEONARD MORHAIM, individually, KTS KARAOKE, INC., a California corporation, d/b/a/ "KTSKARAOKE.COM," and TIMMY SUN TON, individually,<br><br>Defendants. | ORDER:<br>Motion granted. The Clerk shall file the attached Amended Complaint.<br><br>*E. Clifton Knowles*<br>U.S. Magistrate Judge<br><br>No. 3:10-CV-01160<br><br>Judge Sharp<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## MOTION FOR LEAVE TO FILE
## THIRD AMENDED COMPLAINT, *INSTANTER*

NOW COME the Plaintiffs, WARNER/CHAPPELL MUSIC, INC., a Delaware

Corporation, WARNER-TAMERLANE PUBLISHING CORP., a California corporation, WB

MUSIC CORP., a California corporation, UNICHAPPELL MUSIC INC., a Delaware

1